1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL DORSEY,<br><br>           Plaintiff,<br><br>     vs.<br><br>PROPEL FUELS, INC. D/B/A CHEVRON; 1250 SEPULVEDA, LLC; and DOES 1 to 10,<br><br>           Defendants. | **Case No.: 2:20-cv-01408 DSF (JCx)**<br>Hon. Dale S. Fischer<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT AND DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |

ORDER

1  Based on the stipulation of the parties and for good cause shown:

2

3  GOOD CAUSE APPEARING, the default entered against Defendant 1250

4

5  SEPULVEDA, LLC is set aside and the entire above-entitled action is dismissed

6

7  with prejudice.

8  IT IS SO ORDERED.

9  DATED: October 16, 2020

10  _____
    Honorable Dale S. Fischer
11  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
ORDER